*E-Filed 9/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABD RASHEED, | No. C 10-3700 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| J. WALKER and TIM VIRGA, | |
| Respondents. | |

This is federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), within 30 days of the date when his petition was filed. That time having passed, petitioner still has not paid the filing fee, nor has he filed an IFP application. Accordingly, the action is DISMISSED without prejudice to petitioner's filing of an IFP application, or paying the filing fee.

The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED**.

DATED: September 28, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-3700 RS (PR)
ORDER OF DISMISSAL