**United States District Court**
For the Northern District of California

*E-Filed 1/10/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABD RASHEED,<br><br>       Petitioner,<br><br>    v.<br><br>J. WALKER and TIM VIRGA,<br><br>       Respondents.<br>_____/ | No. C 10-3700 RS (PR)<br><br>**ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY** |

This is a closed federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254.  A certificate of appealability will not issue.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED**.

DATED: January 10, 2011

RICHARD SEEBORG
United States District Judge